Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

No opinion. Judgment affirmed on opinion of the late county judge, JOHN S. MORGAN.

---

AYLESWORTH, Respondent, *v.* GALLAGHER, Appellant.

(*Supreme Court, General Term, First Department.* July 9, 1889.)

For hearing on appeal, see 4 N. Y. Supp. 853, 953.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion denied.

---

BOWERY NAT. BANK *v.* SNIFFEN.

(*Supreme Court, General Term, First Department.* July 9, 1889.)

See *ante*, 520.

Argued before VAN BRUNT, P. J., and BARRETT and CULLEN, JJ.

No opinion. Reargument ordered.

---

CHESTER, Respondent, *v.* JUMEL *et al.*, Appellants.

(*Supreme Court, General Term, First Department.* July 9, 1889.)

For hearing on appeal, see 5 N. Y. Supp. 809, 819, 820, 822, 823.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion denied, with $10 costs and disbursements.

---

ELWELL *v.* FABRE.

(*Supreme Court, General Term, First Department.* July 9, 1889.)

For hearing on appeal, see 5 N. Y. Supp. 60.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion for reargument denied, with costs.

---

FISHER, Respondent, *v.* RANKIN, Appellant.

(*Supreme Court, General Term, First Department.* July 9, 1889.)

For hearing on appeal, see 5 N. Y. Supp. 627.

Argued before VAN BRUNT, P. J., and BARTLETT, J.

No opinion. Motion for reargument granted.

---

HECKEMAN *v.* YOUNG.

(*Supreme Court, General Term, First Department.* July 9, 1889.)

For hearing on exceptions, see 5 N. Y. Supp. 212.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion. Motion for reargument granted. For opinion on reargument, see 8 N. Y. Supp. 111.